UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE MARIN, | No. 2:14-cv-2906 MCE CKD |
| Plaintiff, | |
| v. | ORDER |
| MOMENTUM AUTO GROUP, et al., | |
| Defendants. | |

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. The request was referred to the undersigned for resolution.

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted.

Dated: January 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 marin.ifp