Christian J. Scali (State Bar No. 193785)
John P. Swenson (State Bar No. 224110)
Dominique J. Nasr (State Bar No. 275265)
**THE SCALI LAW FIRM**
Los Angeles, CA  90017
Telephone:  (213)  239-5622
Facsimile:  (213)  239-5623
cscali@scalilaw.com
dnasr@scalilaw.com
jswenson@scalilaw.com

Attorneys for Defendants
**MOMENTUM AUTO GROUP;**
**FAIRFIELD IMPORTS TWO LLC**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Camille Marin,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Momentum Auto Group, et al.<br><br>　　　　Defendants. | **Case No.: 2:14-CV-02906-MCE-CKD**<br><br>[*Assigned for all purposes to the Honorable Morrison C. England, Jr.*]<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS MOMENTUM AUTO GROUP AND FAIRFIELD IMPORTS TWO, LLC TO RESPOND TO PLAINTIFF CAMILLE MARIN'S COMPLAINT; ORDER THEREON**<br><br>Filing Date:  12/15/14<br>Trial Date: |

　　　　WHEREAS, on March 9, 2015, Defendants, Fairfield Imports Two, LLC and Momentum Auto Group ("Defendants"), waived service of Summons of the Summons and Complaint for Damages, Case No. 2:14-CV-02906-MCE-CKD, filed by Plaintiff Camille Marin ("Plaintiff") on December 15, 2014 ("Complaint").

　　　　WHEREAS, pursuant to Defendants' Waiver of Service of Summons, the deadline for Defendants to Respond to Plaintiff's Complaint is April 7, 2015.

　　　　WHEREAS, pursuant to the Court's Order Requiring Joint Status Report, the parties are

required to confer under Federal Rules of Civil Procedure, Rule 26(f) and prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan.

WHEREAS, in light of the Parties' settlement discussions, the Parties have agreed to a twenty-eight (28) day extension for Defendants to file an answer or other response to the Complaint.

WHEREAS, in light of the Parties' settlement discussions, the Parties request a thirty-five (35) day extension of the Parties' obligation to confer under Federal Rules of Civil Procedure, Rule 26(f) and prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan.

WHEREAS, no prior extensions have been sought by either Party with respect to these dates.

IT IS HEREBY STIPULATED by and between the Parties, through their undersigned counsel of record, and subject to the Court's approval, that:

1. Defendants shall be given an additional 28 days to answer or otherwise respond to the Complaint. Therefore, Defendants will file an answer or other response to the Complaint on or before May 5, 2015.

2. The Parties shall be given an additional 35 days to confer under Federal Rules of Civil Procedure, Rule 26(f) and prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan.  Therefore, the Parties will submit their joint status report on or before May 12, 2015.

Counsel for Plaintiff:

DATED:  April 6, 2015     **BARRON LAW**

By:   /s/ ***Deborah Barron***
      Deborah Barron, Esq.
      Attorney for Plaintiff,
      **CAMILLE MARIN**

///

///

Counsel for Defendants:

DATED: April 6, 2015               **THE SCALI LAW FIRM**

By:  /s/ *Christian J. Scali*
CHRISTIAN J. SCALI, ESQ.
JOHN P. SWENSON, ESQ.
DOMINIQUE J. NASR, ESQ.
Attorneys for Defendants,
**FAIRFIELD IMPORTS TWO, LLC
and MOMENTUM AUTO GROUP**

## ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing therefor, Defendants shall be given an additional 28 days to answer or otherwise respond to Plaintiff's Complaint. Accordingly, Defendants must file an answer or other response to the Complaint on or before May 5, 2015. Additionally, the Parties shall be given an additional 35 days to confer under Federal Rules of Civil Procedure, Rule 26(f) and prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan.  Accordingly, the Parties will submit their joint status report on or before May 12, 2015.

IT IS SO ORDERED.

Dated: April 9, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT