Christian J. Scali (State Bar No. 193785)
John P. Swenson (State Bar No. 224110)
Dominique J. Nasr (State Bar No. 275265)
**THE SCALI LAW FIRM**
Los Angeles, CA   90017
Telephone:  (213)  239-5622
Facsimile:  (213)  239-5623
cscali@scalilaw.com
jswenson@scalilaw.com
dnasr@scalilaw.com

Attorneys for Defendants
**MOMENTUM AUTO GROUP;
FAIRFIELD IMPORTS TWO LLC**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Camille Marin,<br><br>         Plaintiff,<br><br>    v.<br><br>Momentum Auto Group, et al.<br><br>         Defendants. | **Case No.: 2:14-CV-02906-MCE-CKD**<br><br>*Assigned to:* Hon. Morrison C. England, Jr.<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>Filing Date:  12/15/14 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Camille Marin ("Plaintiff") and Defendants Momentum Auto Group and Fairfield Imports Two, LLC ("Defendants"), by and through their counsel of record, hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, with each party to bear its own respective costs, including attorney's fees and other litigation expenses.

///

///

///

Counsel for Plaintiff:

DATED:  June 29, 2015				**BARRON LAW**

						By:	/s/ *Deborah Barron*
							Deborah Barron, Esq.
							Attorney for Plaintiff,
							**CAMILLE MARIN**

Counsel for Defendants:

DATED:  June 29, 2015				**THE SCALI LAW FIRM**

						By:	/s/ *John P. Swenson*
							Christian J. Scali, Esq.
							John P. Swenson, Esq.
							Dominique J. Nasr, Esq.
							Attorneys for Defendants,
							**FAIRFIELD IMPORTS TWO, LLC**
							**and MOMENTUM AUTO GROUP**

# ORDER

In accordance with the parties' signed stipulation (ECF No. 15), this action is DISMISSED with prejudice.  The parties will bear their own respective costs, including attorney's fees and other litigation expenses.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  June 30, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT